# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY ADAMS, JR.**                                                                 **PLAINTIFF**

**V.**                            **CASE NO. 4:19-CV-110-BRW-BD**

**DOES,** *et al.*                                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

This Recommendation has been sent to Judge Billy Roy Wilson. Any party may file objections if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.     Discussion**

Kenneth Ray Adams, Jr. was an inmate at the Saline County Detention Facility when he filed this lawsuit. (Docket entry #2) He is no longer incarcerated, as evidenced by mail returned to the Court as "undeliverable," with a notation that Mr. Adams was "parole[d]." (#25) Mr. Adams has failed to inform the Court of his current address, as required by the Court's local rules.

On December 19, the Court ordered Mr. Adams to notify the Court of his current address within 30 days. (#21) The Court specifically warned him that his claims could be dismissed if he failed to update his address, as ordered, within the time allowed. Local Rule 5.5(c)(2).

### III.  Conclusion

The Court recommends that Mr. Adams's claims be DISMISSED, without prejudice, based on his failure to comply with the December 19 Order and his failure to prosecute this lawsuit. The motion for summary judgment filed by Defendants Robertson and Schuller (#22) should be DENIED, as moot.

DATED this 21st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE