# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY ADAMS, JR.**                                    **PLAINTIFF**

**V.**                     **CASE NO. 4:19-CV-110-BRW-BD**

**DOES,** *et al.*                                                 **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 26) for dismissal, filed by Magistrate Judge Beth Deere. Mr. Adams has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in its entirety.

Mr. Adams's claims are DISMISSED, without prejudice, based on his failure to comply with the December 19, 2019 Order and his failure to prosecute this lawsuit. The motion for summary judgment filed by Defendants Robertson and Schuller (Doc. No. 22) is DENIED, as moot.

IT IS SO ORDERED this 10th day of February, 2020.


                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE