# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY ADAMS, JR.**                                         **PLAINTIFF**

**V.**                        **CASE NO. 4:19-CV-110-BRW-BD**

**DOES,** *et al.*                                                                 **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 10th day of February, 2020.


                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE